DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 137P15 | In the Matter of Julio Zelaya Sorto | Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-170) | Denied |
|---|---|---|---|
| 139P15 | Frances Atiapo v. Goree Logistics, Inc., and Owen Thomas Inc. v. The North Carolina Industrial Commission v. Goree Logistics, Inc., and Owen Thomas, Inc., and Mandieme Diouf | 1. Def's (Owen Thomas, Inc.) PDR Under N.C.G.S. § 7A-31 (COA14-977)<br><br>2. Defs' (Goree Logistics and Mandieme Diouf) PDR Under N.C.G.S. § 7A-31<br><br>3. American Trucking Association, Inc., and North Carolina Trucking Association's Conditional Motion for Leave to File *Amicus* Brief | 1. Denied<br><br>2. Denied<br><br>3. Dismissed as moot |
| 140P15 | State v. Mark Dwayne Govan | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-999)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>**Jackson, J., recused** |
| 143P15 | State v. Jacob Mark Spivey | 1. State's Motion for Temporary Stay (COA14-1046)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Attorney's Motion to Withdraw | 1. Allowed **04/24/2015**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed |
| 145P15 | State v. Steven Lorenzo Lowery | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA14-777) | Denied<br><br>**Ervin, J., recused** |
| 149P15 | State v. Robin Otto Worth, Jr. | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-959)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 150P15 | State v. Quincey Lamar Hill | 1. Def's *Pro Se* Motion for Request for Counsel<br><br>2. Def's *Pro Se* Motion to Amend | 1. Denied<br><br>2. Denied<br><br>**Beasley, J., recused** |
| 152P15 | Charles Daniel Robbins v. Karen Thomas Robbins | Plt's PDR under N.C.G.S. § 7A-31 (COA14-742) | Denied |